UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**KIMBERLY J. FEENEY**,

    **Plaintiff,**

v.

**OLIN CORPORATION,**

    **Defendant.**                         No. 14-cv-1083-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on defendant's Motion for Summary Judgment (Doc. 27).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting defendant's Motion for Summary Judgment entered on March 21, 2016 (Doc. 49), this case is **DISMISSED** with prejudice. The Court finds in favor of defendant Olin Corporation and against Kimberly J. Feeney on Counts I and II.

                                            JUSTINE FLANAGAN,
                                            ACTING CLERK OF COURT

                                            BY:     /s/*Caitlin Fischer*
                                                          **Deputy Clerk**

Dated:  March 21, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.03.21 12:08:13 -05'00'

APPROVED:
      U.S. DISTRICT JUDGE
      U. S. DISTRICT COURT